

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00418-CR

TERRY WAYNE WILLIS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 67430-C, Honorable Ana Estevez, Presiding

January 15, 2014

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appearing *pro se,* appellant Terry Wayne Willis filed a document entitled "notice of appeal" with the district clerk under cause number 67,430-C. It was forwarded to this court on November 27, 2013, accompanied by the clerk's information form. According to the information form, in cause number 67,430-C Willis is charged with evading arrest or detention. The form indicates a sentence has not been imposed because the case is "still pending." It further states the trial court has not certified a right of appeal.

Questioning our jurisdiction, we abated the appeal on our own initiative and offered Willis and the State an opportunity to respond. Neither responded. The clerk of this court subsequently contacted the trial court coordinator on the status of cause number 67,430-C. According to the court coordinator, the case is not yet set for trial.[1]

Generally, in a criminal law matter an appellate court's jurisdiction is limited to consideration of a final judgment of conviction. *McKown v. State,* 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (citing *Workman v. State,* 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961)). There are a few narrow exceptions to this rule, but none are shown to be applicable here. *See McKown,* 915 S.W.2d at 161 (noting exceptions). And unless expressly granted by law, we have no jurisdiction to review interlocutory orders of the trial court. *Id.* Finally, a notice of appeal filed prematurely before the trial court makes a finding of guilt or receives a jury verdict is not effective. TEX. R. APP. P. 27.1(b).

Finding no basis for the exercise of our appellate jurisdiction, we dismiss Willis's attempted appeal of trial court cause number 67,430-C for want of jurisdiction.

James T. Campbell
Justice

Do not publish.

---

[1] Willis was the defendant in another case in the 251st District Court, trial court cause number 65,359-C. That case has been tried. Willis's appeal from the judgment in that case is pending here, our number 07-13-0417-CR. That appeal is not affected by this order.